IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

WALTER BARNES

Case No. PX 25-141

\*\*\*\*\*\*

## WAIVER OF INDICTMENT

FILED ___ ENTERED
LOGGED ___ RECEIVED
MAY 1 2 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

I, Walter Barnes, the above named defendant, who is accused of

Count 1: 18 U.S.C. § 371 Conspiracy to Commit Bribery of a Public Official and Securities Fraud

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 12th, 2025 prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

_____
Walter Barnes, Defendant

_____
Barry Pollack, Counsel for Defendant

Before:

_____
Paula Xinis
United States District Judge

U.S. District Court (6/98) Criminal Magistrate Forms: Waiver of Indictment